U S DISTRICT COURT
Southern District of Ga
Filed in Office
*11:30 A* M
*6-28* 20*12*
*Rw*
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DONNELL SUMMERSET, | ) |
| Movant, | ) |
| v. | ) Case No. CV612-047 |
| | ) CR696-004 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _27_ day of _June_, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA